

# NUMBER 13-22-00056-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE M.A.

### On appeal from the 28th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria

Pro se appellant M.A. sought to appeal a judgment of expunction signed on February 15, 2022. On March 11, 2022, this Court advised appellant that her notice of appeal did not comply with Texas Rule of Appellate Procedure 25.1(d)(2) and requested appellant to correct this defect. *See* TEX. R. APP. P. 25.1(d)(2). Appellant did not respond to the Court's notice or otherwise correct the defect in her notice of appeal. On May 5, 2022, this Court notified appellant that she had not corrected the defect in her notice of

appeal and advised appellant that the appeal would be dismissed if the defect was not corrected within ten days. *See id.* R. 42.3. Appellant neither responded to the Court's notice nor corrected the defect in her notice of appeal.

Appellate courts possess the authority to dismiss an appeal for want of prosecution when an appellant in a civil case fails to timely file the appellant's brief and gives no reasonable explanation for the failure. *See id*. R. 38.8(a)(1); *id.* R. 42.3(b); *Am. Bail Bonds v. City of El Paso*, 225 S.W.3d 612, 612 (Tex. App.—El Paso 2006, no pet.); *Newman v. Clark*, 113 S.W.3d 622, 623 (Tex. App.—Dallas 2003, no pet.) (per curiam). Similarly, courts may dismiss an appeal for want of prosecution generally or because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the appellate court clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3 (b), (c).

The Court, having examined and fully considered the documents on file, appellant's failure to respond to the Court's directive, and appellant's failure to correct the defect in her notice of appeal, is of the opinion that this appeal should be dismissed. Accordingly, we dismiss the appeal for want of prosecution. *See id.* R. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
26th day of May, 2022.

2